| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Massey, James E. | 2. Court or Organization<br><br>U. S. Bankruptcy Court, ND GA | 3. Date of Report<br><br>05/29/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>U. S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>1415 U. S. Courthouse<br>75 Spring Street, S.W.<br>Atlanta, Georgia 30303 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Holder of General Power of Attorney | Friend |
| 2. | Co-Trustee | Trust # 1 |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Massey, James E. | 05/29/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Bankruptcy Section of the State Bar of Georgia | 11/10/2011 to 11/12/2011 | Greensboro, GA | Seminar on Bankruptcy Law | Meals, Parking , Hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Southeastern Bankruptcy Law Institute | Seminar 2011 - Registration fee waived | $725.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Massey, James E. | 05/29/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Limited Partnership Interest in HRGT&C Bldg. Assocs., Ltd. | A | Distribution | | | | | | | |
| 2. State St. Bank & Trust Co., Trustee IRA - Crawford Retiremen | | None | O | T | | | | | |
| 3. Teachers Ins. & Annuity Association (TIAA Tradtional) | | None | K | T | | | | | |
| 4. College Retirement Equity Fund (CREF Stock) | A | Dividend | K | T | | | | | |
| 5. Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 6. La Banque Postale Account #1 | A | Interest | K | T | | | | | |
| 7. La Banque Postale Account #2 | A | Interest | J | T | | | | | |
| 8. La Banque Postale Account #3 | | None | J | T | | | | | |
| 9. College Savings Iowa Account 1 Growth Portfolio | A | Dividend | J | T | | | | | |
| 10. College Savings Iowa Account 2 Growth Portfolio | A | Dividend | J | T | | | | | |
| 11. Rollover IRA (Fidelity Cash Reserves) | A | Dividend | K | T | | | | | |
| 12. Bank of America Accounts | A | Interest | K | T | | | | | |
| 13. | | | | | | | | | |
| 14. Assets of Friend (Lines 15-153) | | | | | | | | | |
| 15. Pioneer Natural Resources Co. common stock | A | Dividend | | | Sold | 02/01/11 | K | A | |
| 16. Bank of America Accounts | A | Interest | J | T | | | | | |
| 17. IRA (lines 18-23) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Massey, James E. | 05/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 19. US Treas Bonds 7.5% 11/15/2016 | A | Interest | J | T | | | | | |
| 20. Fidelity Equity Income II | A | Dividend | J | T | Sold (part) | 08/29/11 | J | A | |
| 21. Fidelity GNMA Fund | B | Dividend | L | T | Sold (part) | 04/11/11 | K | B | |
| 22. Fidelity GNMA Fund | A | Distribution | | | | | | | |
| 23. Fideltiy Interim Gov't Income | A | Dividend | K | T | Sold (part) | 09/30/11 | J | B | |
| 24. Fidelity Interim Gov't Income | A | Distribution | | | | | | | |
| 25. | | | | | | | | | |
| 26. Trust # 1 (X) | B | Int./Div. | O | T | | | | | |
| 27. Brokerage Account No. 1 for Trust # 1 at Fidelity Invest. | | | | | | | | | |
| 28. ACE LIMITED ORD CHF30.57 (ACE ) | | | | | Buy | 09/07/11 | J | | |
| 29. AT&T INC COM (T ) | | | | | Buy | 08/29/11 | J | | |
| 30. AT&T INC COM (T ) | | | | | Buy | 10/31/11 | J | | |
| 31. AIR PRODUCTS & CHEM (APD ) | | | | | Buy | 09/22/11 | J | | |
| 32. ALBEMARLE CORP (ALB ) | | | | | Buy | 11/09/11 | J | | |
| 33. BAKER HUGHES INC (BHI ) | | | | | Buy | 09/22/11 | J | | |
| 34. BLACKROCK (BLK) | | | | | Buy | 12/28/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Massey, James E. | 05/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BROWN & BROWN INC (BRO ) 27 | | | | | Buy | 09/22/11 | J | | |
| 36. CARDINAL HEALTH INC (CAH ) 28 | | | | | Buy | 08/29/11 | J | | |
| 37. CARDINAL HEALTH INC (CAH ) 28 | | | | | Buy | 11/07/11 | J | | |
| 38. CHEVRON CORP NEW (CVX ) 29 | | | | | Buy | 08/29/11 | J | | |
| 39. CHEVRON CORP NEW (CVX ) 29 | | | | | Buy | 10/31/11 | J | | |
| 40. CULLEN FROST BANKERS INC (CFR ) 30 | | | | | Buy | 10/04/11 | J | | |
| 41. ENERGEN CORP (EGN) 31 | | | | | Buy | 09/19/11 | J | | |
| 42. ENERGEN CORP (EGN) 31 | | | | | Buy | 09/27/11 | J | | |
| 43. ENSCO PLC SPONSORED ADR EA REP 1 ORD CL A (ESV 32 | | | | | Buy | 09/07/11 | J | | |
| 44. EXXON MOBIL CORP (XOM ) 33 | | | | | Buy | 09/19/11 | J | | |
| 45. GENERAL DYNAMICS CRP (GD ) 34 | | | | | Buy | 09/07/11 | J | | |
| 46. GENUINE PARTS CO (GPC ) 35 | | | | | Buy | 09/19/11 | J | | |
| 47. GRAINGER W W INC (GWW ) 36 | | | | | Buy | 09/22/11 | J | | |
| 48. GREIF INC CL A (GEF) 37 | | | | | Buy | 08/29/11 | J | | |
| 49. GREIF INC CL A (GEF) 37 | | | | | Buy | 10/31/11 | J | | |
| 50. ILLINOIS TOOL WORKS (ITW ) 38 | | | | | Buy | 10/31/11 | J | | |
| 51. INTEL CORP (INTC) 39 | | | | | Buy | 08/29/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Massey, James E. | 05/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. INTL BUSINESS MACH (IBM ) | | | | | Buy | 09/07/11 | J | | |
| 53. JOHNSON & JOHNSON (JNJ ) | | | | | Buy | 10/04/11 | J | | |
| 54. JOHNSON & JOHNSON (JNJ ) | | | | | Buy | 10/31/11 | J | | |
| 55. LILLY ELI & CO (LLY ) | | | | | Buy | 10/04/11 | J | | |
| 56. LILLY ELI & CO (LLY ) | | | | | Buy | 11/21/11 | J | | |
| 57. LINEAR TECHNOLOGY CORP (LLTC ) | | | | | Buy | 09/19/11 | J | | |
| 58. LINEAR TECHNOLOGY CORP (LLTC ) | | | | | Buy | 11/21/11 | J | | |
| 59. MERCK & CO INC NEWCOM (MRK ) | | | | | Buy | 08/29/11 | J | | |
| 60. MERCK & CO INC NEWCOM (MRK ) | | | | | Buy | 11/21/11 | J | | |
| 61. OMNICOM GROUP (OMC ) | | | | | Buy | 10/04/11 | J | | |
| 62. OMNICOM GROUP (OMC ) | | | | | Buy | 11/07/11 | J | | |
| 63. PARTNERRE COM STK USD1 (PRE ) | | | | | Buy | 08/29/11 | J | | |
| 64. PARTNERRE COM STK USD1 (PRE ) | | | | | Buy | 11/21/11 | J | | |
| 65. PAYCHEX INC (PAYX ) | | | | | Buy | 11/07/11 | J | | |
| 66. PEPSICO INC (PEP ) | | | | | Buy | 09/22/11 | J | | |
| 67. PEPSICO INC (PEP ) | | | | | Buy | 11/07/11 | J | | |
| 68. T ROWE PRICE GROUP INC (TROW ) | | | | | Buy | 09/07/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Massey, James E. | 05/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. T ROWE PRICE GROUP INC (TROW ) | | | | | Buy | 11/07/11 | J | | |
| 70. PROCTER & GAMBLE CO (PG ) | | | | | Buy | 08/29/11 | J | | |
| 71. PROCTER & GAMBLE CO (PG ) | | | | | Buy | 10/31/11 | J | | |
| 72. STRYKER CORP (SYK) | | | | | Buy | 09/19/11 | J | | |
| 73. STRYKER CORP (SYK) | | | | | Buy | 11/07/11 | J | | |
| 74. TARGET CORP (TGT ) | | | | | Buy | 08/29/11 | J | | |
| 75. TARGET CORP (TGT ) | | | | | Buy | 10/31/11 | J | | |
| 76. TEVA PHARMACEUTICAL INDUSTRIES ADR-EACH CNV INTO 1 ORD ILS0. | | | | | Buy | 09/07/11 | J | | |
| 77. TEVA PHARMACEUTICAL INDUSTRIES ADR-EACH CNV INTO 1 ORD ILS0. | | | | | Buy | 11/07/11 | J | | |
| 78. UNITED PARCEL SVC INC CL B (UPS ) | | | | | Buy | 08/29/11 | J | | |
| 79. UNITED PARCEL SVC INC CL B (UPS ) | | | | | Buy | 11/07/11 | J | | |
| 80. WOLVERINE WORLD WIDE INC (WWW ) | | | | | Buy | 09/07/11 | J | | |
| 81. WOLVERINE WORLD WIDE INC (WWW ) | | | | | Buy | 11/21/11 | J | | |
| 82. SOUTHERN CO NOTE 01.95000% 09/01/2016 FIXED COUPON | | | | | Buy | 09/28/11 | K | | |
| 83. STRYKER CORP NOTE 02.00000% 09/30/2016 | | | | | Buy | 10/14/11 | K | | |
| 84. FEDERAL NATL MTG ASSN 1.50000% 10/20/2016 | | | | | Buy | 10/05/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Massey, James E. | 05/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. BP CAPITAL MARKETS PLC NOTE 02.24800% 11/01/2016 | | | | | Buy | 10/28/11 | K | | |
| 86. WILMINGTON N C LTD OBLIG REV LTD OBLIG 04.80000% 06/01/2019 | | | | | Buy | 11/10/11 | K | | |
| 87. BURLINGTON NORTHERN SANTA FE 04.70000% 10/01/2019 | | | | | Buy | 12/05/11 | K | | |
| 88. CASH (Held in same account - Line 27 - at Fidelity) | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. Brokerage Account No. 2 for Trust # 1 at Charles Schwab | | | | | | | | | |
| 91. ACE LIMITED ORD CHF30.57 (ACE ) | | | | | Buy | 09/07/11 | J | | |
| 92. AT&T INC COM (T ) | | | | | Buy | 08/29/11 | J | | |
| 93. AT&T INC COM (T ) | | | | | Buy | 10/31/11 | J | | |
| 94. AIR PRODUCTS & CHEM (APD ) | | | | | Buy | 09/22/11 | J | | |
| 95. ALBEMARLE CORP (ALB ) | | | | | Buy | 11/08/11 | J | | |
| 96. BAKER HUGHES INC (BHI ) | | | | | Buy | 09/22/11 | J | | |
| 97. BLACKROCK (BLK ) | | | | | Buy | 12/28/11 | J | | |
| 98. BROWN & BROWN INC (BRO ) | | | | | Buy | 09/22/11 | J | | |
| 99. CARDINAL HEALTH INC (CAH ) | | | | | Buy | 08/29/11 | J | | |
| 100. CARDINAL HEALTH INC (CAH ) | | | | | Buy | 11/07/11 | J | | |
| 101. CHEVRON CORP NEW (CVX ) | | | | | Buy | 08/29/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Massey, James E. | 05/29/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. CHEVRON CORP NEW (CVX ) | | | | | Buy | 10/31/11 | J | | |
| 103. CULLEN FROST BANKERS INC (CFR ) | | | | | Buy | 10/04/11 | J | | |
| 104. ENERGEN CORP (EGN) | | | | | Buy | 09/20/11 | J | | |
| 105. ENERGEN CORP (EGN) | | | | | Buy | 09/27/11 | J | | |
| 106. ENSCO PLC SPONSORED ADR EA REP 1 ORD CL A (ESV | | | | | Buy | 09/07/11 | J | | |
| 107. EXXON MOBIL CORP (XOM ) | | | | | Buy | 09/19/11 | J | | |
| 108. GENERAL DYNAMICS CRP (GD ) | | | | | Buy | 09/07/11 | J | | |
| 109. GENUINE PARTS CO (GPC ) | | | | | Buy | 09/19/11 | J | | |
| 110. GRAINGER W W INC (GWW ) | | | | | Buy | 09/22/11 | J | | |
| 111. GREIF INC CL A (GEF) | | | | | Buy | 08/29/11 | J | | |
| 112. GREIF INC CL A (GEF) | | | | | Buy | 10/31/11 | J | | |
| 113. ILLINOIS TOOL WORKS (ITW ) | | | | | Buy | 10/31/11 | J | | |
| 114. ILLINOIS TOOL WORKS (ITW ) | | | | | Buy | 11/07/11 | J | | |
| 115. INTEL CORP (INTC) | | | | | Buy | 08/29/11 | J | | |
| 116. INTL BUSINESS MACH (IBM ) | | | | | Buy | 09/07/11 | J | | |
| 117. JOHNSON & JOHNSON (JNJ ) | | | | | Buy | 10/04/11 | J | | |
| 118. JOHNSON & JOHNSON (JNJ ) | | | | | Buy | 10/31/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Massey, James E. | 05/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. LILLY ELI & CO (LLY ) 85 | | | | | Buy | 10/04/11 | J | | |
| 120. LILLY ELI & CO (LLY ) 85 | | | | | Buy | 11/21/11 | J | | |
| 121. LINEAR TECHNOLOGY CORP (LLTC ) 86 | | | | | Buy | 09/19/11 | J | | |
| 122. LINEAR TECHNOLOGY CORP (LLTC ) 86 | | | | | Buy | 11/21/11 | J | | |
| 123. MERCK & CO INC NEWCOM (MRK ) 87 | | | | | Buy | 08/29/11 | J | | |
| 124. MERCK & CO INC NEWCOM (MRK ) 87 | | | | | Buy | 11/21/11 | J | | |
| 125. OMNICOM GROUP (OMC ) 88 | | | | | Buy | 10/04/11 | J | | |
| 126. OMNICOM GROUP (OMC ) 88 | | | | | Buy | 11/07/11 | J | | |
| 127. PARTNERRE COM STK USD1 (PRE ) 89 | | | | | Buy | 08/29/11 | J | | |
| 128. PARTNERRE COM STK USD1 (PRE ) 89 | | | | | Buy | 11/21/11 | J | | |
| 129. PAYCHEX INC (PAYX) 90 | | | | | Buy | 10/31/11 | J | | |
| 130. PAYCHEX INC (PAYX) 90 | | | | | Buy | 11/07/11 | J | | |
| 131. PEPSICO INC (PEP ) 91 | | | | | Buy | 09/22/11 | J | | |
| 132. PEPSICO INC (PEP ) 91 | | | | | Buy | 11/07/11 | J | | |
| 133. T ROWE PRICE GROUP INC (TROW ) 92 | | | | | Buy | 09/07/11 | J | | |
| 134. T ROWE PRICE GROUP INC (TROW ) 92 | | | | | Buy | 11/07/11 | J | | |
| 135. PROCTER & GAMBLE CO (PG ) 93 | | | | | Buy | 08/29/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - 5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Massey, James E. | 05/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. PROCTER & GAMBLE CO (PG ) | | | | | Buy | 10/31/11 | J | | |
| 137. STRYKER CORP (SYK) | | | | | Buy | 09/19/11 | J | | |
| 138. STRYKER CORP (SYK) | | | | | Buy | 11/07/11 | J | | |
| 139. TARGET CORP (TGT ) | | | | | Buy | 08/29/11 | J | | |
| 140. TARGET CORP (TGT ) | | | | | Buy | 10/31/11 | J | | |
| 141. TEVA PHARMACEUTICAL INDUSTRIES ADR-EACH CNV INTO 1 ORD ILS0. | | | | | Buy | 09/07/11 | J | | |
| 142. TEVA PHARMACEUTICAL INDUSTRIES ADR-EACH CNV INTO 1 ORD ILS0. | | | | | Buy | 11/07/11 | J | | |
| 143. UNITED PARCEL SVC INC CL B (UPS ) | | | | | Buy | 08/29/11 | J | | |
| 144. UNITED PARCEL SVC INC CL B (UPS ) | | | | | Buy | 11/07/11 | J | | |
| 145. WOLVERINE WORLD WIDE INC (WWW ) | | | | | Buy | 09/07/11 | J | | |
| 146. WOLVERINE WORLD WIDE INC (WWW ) | | | | | Buy | 11/21/11 | J | | |
| 147. SOUTHERN CO NOTE 01.95000% 09/01/2016 FIXED COUPON | | | | | Buy | 09/28/11 | K | | |
| 148. STRYKER CORP NOTE 02.00000% 09/30/2016 | | | | | Buy | 10/14/11 | K | | |
| 149. FEDERAL NATL MTG ASSN 1.50000% 10/20/2016 | | | | | Buy | 10/05/11 | K | | |
| 150. BP CAPITAL MARKETS PLC NOTE 02.24800% 11/01/2016 | | | | | Buy | 10/28/11 | K | | |
| 151. WILMINGTON N C LTD OBLIG REV LTD OBLIG 04.80000% 06/01/2019 | | | | | Buy | 11/10/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Massey, James E. | 05/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. BURLINGTON NORTHERN SANTA FE 04.70000% 10/01/2019 | | | | | Buy | 12/05/11 | K | | |
| 153. CASH (Held in same account -Line 90 - with Charles Schwab) | | | | | | | | | |
| 154. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Massey, James E. | 05/29/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. (Part I)  A close family friend executed in 2010 a power of attorney enabling me ▆▆▆▆▆▆ to act on my friend's behalf.  In 2011, that same friend added me as co-trustee of ▆ revocable trust.

2. (Part V) The Southeastern Bankruptcy Law Instititue is a not-for-profit organization that sponsors an annual seminar on bankruptcy.

3   (Part VII)

Line 1 -- This partnership made final distributions of remaining assets in 2011 to limited partners and became defunct except for 2011 tax reporting completed in 2012.  My interest had no value at year and will not be included on my next financial report.

Line 2 -- State Street Bank & Trust Co. is the Trustee for IRAs that are managed in the group trusts by Crawford Investment Counsel, that are not self-directed and that invest in publicly traded stocks and bonds.

Lines 15-153 reflect assets and transactions of a close family friend for whom I hold a power of attorney and with whom I serve as co-trustee of my friend's revocable trust, as reflected in Part I.   Prior to July 2011, the only reportable assets held by the trust were two bank accounts that were included in Part VII of my 2010 financial report on Line 20.

Lines 22 and 24 reflect distributions of capital gains reinvested in the respective funds, the values of which at year-end are included in the entries on Lines 21 and 23, respectively.

5/29/2012 Amendment Changes:

Line 27 - Added name of brokerage firm. The account includes items on lines 28-88.

Line 34 - Corrected spelling of name of company.

Line 88 - Added name of brokerage firm.

Line 90 - Added name of brokerage firm. The account includes items on lines lines 91-153.

Line 153 - Added name of brokerage firm.

# FINANCIAL DISCLOSURE REPORT

Page 15 of 15

Name of Person Reporting

Massey, James E.

Date of Report

05/29/2012

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James E. Massey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544